JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| R. TODD NEILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYNERGY HOLDINGS, LLC and Does 1–10, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-08658-ODW-AJW<br><br>**JUDGMENT ORDER** |

In accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment Against Synergy Holdings, LLC ("Defendant") (ECF No. 23), the Court hereby orders judgment in favor of Plaintiff Neilson and against Defendant, in the total amount of $315,833.32 for breach of contract.

The Court further awards Plaintiff post-judgment interest pursuant to 28 U.S.C. § 1961, at a rate of .53 percent, to be computed daily and compounded annually, until the date of such payment.

**IT IS SO ORDERED.**

February 23, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**